**DAY PITNEY LLP**
David B. Newman (DN9577)
Amish R. Doshi (AD5996)
Times Square Tower
7 Times Square
New York, New York 10036-7311
Telephone: (212) 297-5800
Facsimile: (212) 916-2940
Email: dnewman@daypitney.com

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ISRAEL BERGER & ASSOCIATES, LLC

                Plaintiff,

vs.

MARK BAKER and
IBA CONSULTING AND ENGINEERING, PLLC,

                Defendants
-------------------------------------------------------------X

**CIVIL ACTION NO.: 07-CV-5648 (RMB) (DF)**

**ECF CASE**

**RULE 7.1 STATEMENT**

      Pursuant to Fed. R. Civ. Pro. 7.1, Defendant IBA Consulting and Engineering, PLLC discloses that it is a New York professional limited liability company and all of its members are individuals. It has no parent corporation and no publicly held corporation holds 10% of its stock

Dated: June 13, 2007
      New York, NY

D<small>AY</small> P<small>ITNEY</small> <small>LLP</small>

By: __/S/ AMISH R. DOSHI_____
    David B. Newman (DN9577)
    Amish R. Doshi (AD5996)
    Times Square Tower
    7 Times Square
    New York, New York 10036
    Telephone: (212) 297-5800
    Facsimile: (212) 916-2940
    Email: dnewman@daypitney.com

1537373A02061407

## **CERTIFICATE OF SERVICE**

     I Regina M. Thomas, am employed in Manhattan County of New York, State of New York.  I am over the age of 18 and not a party to the within action; my business address is: Times Square Tower, 7 Times Square, New York, New York 10036-7311

     On June 13, 2007 I served the following documents entitled:

        Notice of Removal
        Rule 7.1 Statement

via regular mail, enclosed in a sealed stamped envelope addressed to the persons listed below:

        Kalvin  Kamien, Esq.
        Greenberg, Trager & Herbs, LLP
        767 Third Avenue, 12th Floor
        New York, New York 10017

     I declare under penalty of perjury under the laws of the State of New York that the above is true and correct.  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                            __/s Regina Thomas_____
                                            Regina M. Thomas