# GREENBERG, TRAGER & HERBST, LLP

ATTORNEYS AND COUNSELLORS AT LAW
767 THIRD AVENUE - 12TH FLOOR  NEW YORK, NY 10017
212 - 688 - 1900
FAX 212 - 688 - 3201

MAX E. GREENBERG (1919-1980)
GEORGE N. TOPLITZ

OF COUNSEL:
DAVID A. TRAGER

WEST ORANGE, N.J. 07052
973 - 731 - 2500
FAX 973 - 731 - 0165

**MEMO ENDORSED**

6/26/07 @ 9:00 AM
(FINAL)

SO ORDERED:
Date: 6/20/07   Richard M. Berman
Richard M. Berman, U.S.D.J.

June 20, 2007

**Via Hand Delivery**
Hon. Richard M. Berman
United States District Court
Southern District of New York
40 Centre Street, Courtroom 706
New York, New York 10007

      Re:    Israel Berger & Associates, LLC v. Mark Baker and IBA Consulting And Engineering, PLLC
            (U.S. District Court, S.D.N.Y. Civil Action No. 07civ5648)

Dear Judge Berman:

    This office represents plaintiff Israel Berger & Associates, LLC in the above captioned action. I am the attorney handling the action.

    By letter dated June 15, 2007, we requested a pre-motion conference pursuant to section 2A of Your Honor's Individual Rules of Practice. Plaintiff's intention is to move to remand this action back to the Supreme Court, New York County. Your Honor scheduled that conference for June 21, 2007.

    By letter dated June 19, 2007, defendants' counsel requested an adjournment of the conference to "the early part of next week". We had no objection to this short adjournment request.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/07



RECEIVED
JUN 20 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

GREENBERG, TRAGER & HERBST, LLP

We have now come to learn that the conference has instead been scheduled for July 2, 2007. Unfortunately, I've had long standing plans to be out of state that week (which is the week of July 4). Under the circumstances, it is requested that the conference be rescheduled to the week of June 25, 2007 (as requested in defendant's letter), or in the alternative, any date between July 9, 2007 and July 12, 2007. We represent that no other request will be made concerning the conference date.

Respectfully yours,

Kalvin Kamien

cc (via telecopier): David B. Newman, Esq.