**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
ISRAEL BERGER & ASSOCIATES, LLC,      :

        :      07 Civ. 5648 (RMB)

            Plaintiff,    :

      - against -        :

        :      **ORDER**

MARK BAKER and IBA CONSULTING AND    :
ENGINEERING, PLLC,      :

           Defendants.   :
------------------------------------------------------------------x

      Upon the record and prior proceedings herein, including Plaintiff's filing of its Amended

Complaint, dated June 15, 2007, pursuant to Federal Rule of Civil Procedure 15(a), which

eliminates Plaintiff's claim under the Lanham Act, 15 U.S.C. § 1125(a), (the original federal

cause of action in the case), and the conference and oral argument held today (see Transcript,

dated June 26, 2007), this Court remands this case to New York State Supreme Court, New York

County.  See Carnegie-Mellon Univ. v. Cohill, 484 U.S. 343, 357 (1988); see also Spehar v.

Fuchs, No. 02 Civ. 9352, 2003 WL 23353308, at *11 (S.D.N.Y. June 18, 2003) (McMahon, J.).

      **ORDER**

      The Clerk of the Court is respectfully requested forthwith to remand this action to New

York State Supreme Court, New York County.

Dated: New York, New York
      June 26, 2007

                           _RMB_
                      **RICHARD M. BERMAN, U.S.D.J.**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/26/07__